## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

Robert J. Fien, Chairman and CEO
8662 Main Street
Honeoye, NY  14471-9634
Re: Stone Construction Equipment, Inc.

Lynne Woodworth, President
8662 Main Street
Honeoye, NY  14471-9634
Re: Stone Construction Equipment, Inc.

Mary E. Augustine (No. 4477)

607117v1

3